UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

SECURITIES & EXCHANGE COMMISSION,

               Plaintiff,

    -against-

ANTHONY CORONATI,

              Defendant.

------------------------------------X

13 Misc. 372 (WHP)

ORDER

WILLIAM H. PAULEY III, District Judge:

        For the reasons stated on the record in open court on April 4, 2014, Coronati's motion to quash the Securities & Exchange Commission's subpoenas is denied. The $500 per day fine established by this Court's Amended Contempt Order dated January 17, 2014 is suspended indefinitely pending Coronati's continued compliance with the subpoenas. The Clerk of Court is directed to terminate the motion pending at ECF No. 37.

Dated: April 7, 2014
      New York, New York

                            SO ORDERED:

                            WILLIAM H. PAULEY III
                                U.S.D.J.

*Counsel of Record:*

Preethi Krishnamurthy, Esq.
Andrew M. Calamari, Esq.
Kenneth V. Byrne, Esq.
U.S. Securities & Exchange Commission
Three World Financial Center
New York, NY 10281

Jess A. Velona, Esq.
U.S. Securities & Exchange Commission
233 Broadway, 6th Flr.
New York, NY 10279
*Attorneys for Securities & Exchange Commission*

Derrelle M. Janey, Esq.
Gottlieb & Gordon LLP
111 Broadway, Suite 701
New York, NY 10006
*Attorney for Anthony Coronati*